UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| Cox Airparts LLC, a Kansas limited liability company;<br><br>  Plaintiff,<br><br>v.<br><br>Kevin Brown, and Jane Doe Brown husband and wife, Michael and Andrea Polve, husband and wife, MJP Services, LLC, an Arizona limited liability company;<br><br>  Defendants. | Case No.: CV-23-1466-PHX-SMB<br><br>**DECLARATION OF DEVORAH RANEY IN SUPPORT OF PLAINTIFF'S FIRST AMENDED COMPLAINT**<br><br>**(Jury Trial Demanded)** |

I, Devorah Raney, make the following declarations in support of the 1st Amended Complaint in the above captioned case:

1. I am over the age of 18 and competent to make this declaration.
2. I am the president of 24/7 Air Charter Services, LLC, of Pompano Beach Florida ("247 Air Services").
3. 247 Air Services provides parts, and part repair services, for civilian and military fixed-wing and rotor-wing aircraft to airlines, end users, MROs, OEMs, brokers with exclusive mandates, and government agencies.
4. In October 2022, Kevin Brown offered to sell, and 247 Air Services agreed to purchase three hydraulic servo actuators for helicopter use that Kevin Brown promised would be torn down, overhauled, and shipped to 247 Air Services with a "fresh dual release 8130 and EASA." To memorialize the sale, Kevin

1

Brown sent 247 Services invoice no. 10244 for three actuators. **Exhibit A1** is a true and accurate copy of invoice no. 10244 from Arizona Aircraft Accessories, LLC.

5. As down payment for the parts and services, 247 Air Services wired $5000 to Kevin Brown on October 28, 2022. **Exhibit A2** is a true and accurate copy of the wire receipt to Kevin Brown's account.

6. Kevin Brown then asked for the remaining amount to be sent to a different account, with a beneficiary of "MJP Services, LLC", with account number XXXXX7663.

7. On November 2, 2022, 247 Air Services wired $30000 to MJP Services LLC, account number XXXXX7663. **Exhibit A3** is a true and accurate copy of the wire receipt for payment of $30000 to MJP Services LLC.

8. 247 Air Services never received the parts on Purchase Order for which we demanded delivery or refunds, but Kevin Brown refused to honor the terms of the purchase orders and despite promising a refund, never refunded our payments.

9. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge. This declaration is executed in Pompano Beach Florida on the date indicated below.

_____
Devorah Raney, President 247 Air Services

9/14/2023
Date

2

# Exhibit A1



# INVOICE

**Arizona Aircraft Accessories**
566 E Germann Rd
Gilbert Az 85297
C: 480-620-4946

**BILL TO**
247 Air Services
17 SE 24th Avenue
Pompano Beach Fl, 33062

**INVOICE #** 10244
**INVOICE DATE** 10/21/2022

| DESCRIPTION | AMOUNT |
|---|---|
| P/N 70400-06641-117 Actuator Overhauled with tear down report, work order report and fresh dual release 8130 and EASA  Qty 1 | 19,500.00 |
| P/N 70400-06641-117 Actuator Overhauled with tear down report, work order report and fresh dual release 8130 and EASA  Qty 1  $17,000 | 17,000.00 |

**TOTAL** $36,500.00
Paid Amount 5,000.00
**BALANCE DUE** $31,500.00

*Handwritten notes:*
Ref. 10244
(3) Units 70400-06641-117
P/N Actuator
At 5,000.00

3⁰,⁰⁰⁰

TERMS & CONDITIONS
Wire

Thank you

Amt. 30,000 —

# Exhibit A2



Oct 28, 2022 4:35:55 PM

- 2 -

# Exhibit A3



```
INSTRUCTIONS      REF 10244 P-N 70400066411117
                  (3) UNITS ACTUATOR
                  PD 5,000.00


SOURCE ACCOUNT:   [Redacted Personal ID] CHECKING   (FIMP: 016)
AMOUNT OF WIRE:   30000.00        BANK FEE:      55.00
DATE OF REQUEST:  11/02/22  CITIBANK REF NUM: 3060413530


                  BANKER:  P4464633VARGAS, ANA
```

```
BR: 00033              DOMESTIC MONEY TRANSFER              BUS: 016
11/02/22               CITIBANK REFERENCE NUMBER:   3060413530
SENDER INFORMATION     24/7 AIR CHARTER SERVICES, LIMITED
                       1440 SW 28TH AVENUE
                       POMPANO BEACH FL  USA 33069

                       1  9543661985
BENEFICIARY INFORMATION    MJP SERVICES LLC

                       4806204946
                       ACCOUNT: [Redacted]7663
BENEFICIARY BANK       ABA#: 021000021
INFORMATION            JPMORGAN CHASE BANK, NA
                       270 PARK AVE
```