**UNITED STATES DISTRICT COURT**

**DISTRICT OF ARIZONA**

Cox Airparts LLC, a Kansas limited liability company;

Plaintiff,

v.

Kevin Brown, and Jane Doe Brown husband and wife, Michael and Andrea Polve, husband and wife, MJP Services, LLC, an Arizona limited liability company;

Defendants.

Case No.: CV-23-1466-PHX-SMB

**DECLARATION OF DAVID DUTTON IN SUPPORT OF PLAINTIFF'S FIRST AMENDED COMPLAINT**

(**Jury Trial Demanded**)

I, David Dutton, make the following declarations in support of the 1st Amended Complaint in the above captioned case:

1. I am over the age of 18 and competent to make this declaration.
2. I am employed by Aircraft Accessories of Oklahoma.
3. Aircraft Accessories of Oklahoma is an FAA approved repair station rated in Class I and Class II aircraft accessories and has been in business for over 60 years.
4. In April 2022, Kevin Brown dba Arizona Aircraft Accessories contacted us by email and offered to sell us various aircraft parts.
5. We knew and trusted Kevin Brown based on previous business transactions with him and his father.

6. Based on representations by Kevin Brown, we agreed to terms purchase parts as reflected on Purchase Order PO22-825, and paid $10000 by ACH payment to beneficiary, "MJP Services (…7663)". **Exhibit B1** is a true and accurate copy of PO22-825 and the payment details.

7. While we were waiting for the parts in the first Purchase Order, Kevin Brown contacted us and offered to sell us various additional aircraft parts.

8. We agreed to purchase the additional aircraft parts for $16,495.98, on terms with ½ payment upfront with the other half paid on inspection.

9. We prepared Purchase Order PO22-908 and wired $8250 to beneficiary as ½ payment to, "MJP Services, LLC, with an address of 11261 E Stearn Ave, Mesa AZ, 85212-7069 US". **Exhibit B2** is a true and accurate copy of PO22-825 and wire receipt for payment.

10. We never received the parts on Purchase Order PO22-825 or PO22-825, for which we demanded delivery or refunds, but Kevin Brown refused to honor the terms of the purchase orders or refund our payments.

11. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge. This declaration is executed in ~~Terra Bella California~~ Tulsa Oklahoma (DD) on the date indicated below.

[signature]

David Dutton, Aircraft Accessories of Oklahoma

09/14/2023
Date

# Exhibit B1

2740 N. Sheridan Rd.
Tulsa, Oklahoma 74115
RS# RV3R829L
sales@airacc.com
www.aircraftaccessoriesofok.com
**FEIN: 73-0945940**

Service
Sales
Overhaul
Aircraft
Accessories

Toll Free: 800-255-9924 Telephone: 918-835-9924

# PURCHASE ORDER

## PO22-825

**Issued on: 4/8/2022**

Fax: 918-835-3681

| VENDOR | CUSTOMER | SHIP TO |
|---|---|---|
| ARIZONA AIRCRAFT ACCESSORIES<br>566 E GERMANN RD<br>GILBERT, Arizona 85297<br>United States<br>P: 480-883-5812 F: 480-396-3727 | Aircraft Accessories of Oklahoma<br>2740 N Sheridan Rd<br>Tulsa, Oklahoma 74115<br>United States | Aircraft Accessories of Oklahoma<br>2740 N Sheridan Rd<br>Tulsa, Oklahoma 74115<br>United States<br>P: 918-835-9924 |

| Item | Qty | Part number | Part/Item Description | Condition | Cost | Extended Cost |
|---|---|---|---|---|---|---|
| 1 | 4 | 23048-1031 | ARMATURE | Rewind | 769.23 USD | 3,076.92 USD |
| 2 | 1 | 23048-1032 | ARMATURE | Rewind | 769.23 USD | 769.23 USD |
| 3 | 1 | 23079-1020 | ARMATURE | Rewind | 769.23 USD | 769.23 USD |
| 4 | 1 | 23078-1471 | ARMATURE (RWD) | Rewind | 769.23 USD | 769.23 USD |
| 5 | 1 | 23085-1503 | ARMATURE | Rewind | 769.23 USD | 769.23 USD |
| 6 | 2 | 23048-1031 | ARMATURE | Rewind | 769.23 USD | 1,538.46 USD |
| 7 | 1 | 200SGL1156-5 | STATOR (rewind) | Rewind | 769.23 USD | 769.23 USD |
| 8 | 1 | 300SG1156 | STATOR | Rewind | 769.23 USD | 769.23 USD |
| 9 | 1 | 23065-310 | FIELD ASSY | Rewind | 769.24 USD | 769.24 USD |

P.O. Total: **10,000.00 USD**

**Comments: "Free shipping" "Refund policy is 30days. If there is any warranty we have no problem sending it back to Aircraft Components rewind."**

**Pay by WIRE ACH**

**There is no requirement for shipping insurance. DO NOT INSURE!**

**Please remit invoices to dmensing@airacc.com**

Payment details

## MJP Services (...7663)

| | |
|---|---|
| Pay from | PLAT BUS CHECKING (...2676) |
| Pay to | MJP Services (...7663) |
| Amount | $10,000.00 |
| Send on | Apr 11, 2022 |
| Deliver by | Apr 12, 2022 |
| Delivery method | Standard ACH |
| Payment arrives in | 1 business day |
| Addenda | INV 10216 |
| Status | Paid |
| Submitted by | Not Available, Apr 11, 2022 02:44:45 PM ET |
| Chase transaction number | 5330591291 |

# Exhibit B2

2740 N. Sheridan Rd.
Tulsa, Oklahoma 74115
RS# RV3R829L
sales@airacc.com
www.aircraftaccessoriesofok.com
**FEIN: 73-0945940**

Service Sales Overhaul
Aircraft Accessories

Toll Free: 800-255-9924 Telephone: 918-835-9924

# PURCHASE ORDER

# PO22-908

**Issued on: 4/18/2022**

Fax: 918-835-3681

| VENDOR | CUSTOMER | SHIP TO |
|---|---|---|
| ARIZONA AIRCRAFT ACCESSORIES<br>566 E GERMANN RD<br>GILBERT, Arizona 85297<br>United States<br>P: 480-883-5812 F: 480-396-3727 | Aircraft Accessories of Oklahoma<br>2740 N Sheridan Rd<br>Tulsa, Oklahoma 74115<br>United States | Aircraft Accessories of Oklahoma<br>2740 N Sheridan Rd<br>Tulsa, Oklahoma 74115<br>United States<br>P: 918-835-9924 |

| Item | Qty | Part number | Part/Item Description | Condition | Cost | Extended Cost |
|---|---|---|---|---|---|---|
| | 1 | 150SG117Q | STARTER GENERATOR | Core | 868.42 USD | 868.42 USD |
| | 2 | 150SG119Q | Starter-Generator | Core | 868.42 USD | 1,736.84 USD |
| | 2 | 150SG122Q | STARTER GENERATOR | Core | 868.42 USD | 1,736.84 USD |
| 4 | 2 | 23081-018 | STARTER GENERATOR | Core | 868.42 USD | 1,736.84 USD |
| 5 | 2 | 23048-004 | STRT GEN | Core | 868.42 USD | 1,736.84 USD |
| 6 | 1 | 23045-045 | Starter-Generator | Core | 868.42 USD | 868.42 USD |
| 7 | 1 | 23032-042 | Starter-Generator | Core | 868.42 USD | 868.42 USD |
| 8 | 1 | 23079-000-1 | STARTER GENERATOR | Core | 868.42 USD | 868.42 USD |
| 9 | 1 | 23048-018 | STARTER GENERATOR | Core | 864.42 USD | 864.42 USD |
| 10 | 3 | 23046-020 | STARTER GENERATOR | Core | 868.42 USD | 2,605.26 USD |
| 11 | 3 | 300SGL129Q | STARTER GENERATOR | Core | 868.42 USD | 2,605.26 USD |

P.O. Total: **16,495.98 USD**

**Comments: 1/2 payment upfront $8,250.00. other half upon recipt/inspection $8,250.00**
***They will cover the wire transfer.**
****ALL overhauled units LESS 8130-3 tags.**

**There is no requirement for shipping insurance. DO NOT INSURE!**

**Please remit invoices to dmensing@airacc.com**

CHASE for BUSINESS®

Printed from Chase for Business

## PLAT BUS CHECKING (...2676)

-$8,250.00
Outgoing wire transfer

Apr 19, 2022
Posted date

PLAT BUS CHECKING (...2676)
Account name

3022402109ES
Transaction ID

CHASUS33
SWIFT/FED/CHIP ID

### Beneficiary information

| | |
|---|---|
| Account | ....7663 |
| Name | MJP SERVICES, LLC |
| Address | 11261 E STEARN AVE MESA AZ 85212-7069 US |

### Bank information

| | |
|---|---|
| Related references | BMG OF 22/04/19 |

### Additional information

| | |
|---|---|
| Additional information | INV 10220 AIRCRAFT ACCESSORIES OF O KLAHOMA |

For transaction details, please refer to the periodic statement for the official record of this transaction. For outgoing payments you may also access up to 13 months of wire transfer history from the Wire activity/Global activity page.