**WO**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Cox Airparts LLC, | No. CV-23-01466-PHX-KML |
| Plaintiff, | **ORDER** |
| v. | |
| Kevin Brown, et al., | |
| Defendants. | |

The court directed plaintiff Cox Airparts LLC to file a statement establishing the presence of federal jurisdiction. (Doc. 56.) Cox's statement argues that "[c]onsidering the valid concerns raised by the Court . . . the most pragmatic approach at this time is to dismiss the present case against MJP Services, LLC without prejudice." (Doc. 57 at 2.) Cox then explains it has reached a settlement with defendant Kevin Brown that will "resolve all disputes between the parties in this action." (Doc. 57 at 2.)

The court's jurisdictional concerns apply to all defendants. As previously explained, defendants were previously found jointly and severally liable for all the amounts owing. Cox filed this suit hoping to collect those amounts but "the only possible outcome of the present suit appears to be a second judgment that would provide no relief to Cox." (Doc. 56 at 2.) A second judgment would provide no relief, whether entered against MJP Services LLC, Kevin Brown, or any other defendant. Because there is no possible relief available, the court lacks jurisdiction. And having reached that conclusion, the court "is required to dismiss the complaint in its entirety." *Rainero v. Archon Corp.*, 844 F.3d 832, 841 (9th Cir.

2016) (simplified)

Accordingly,

**IT IS ORDERED** the Motion for Summary Judgment (Doc. 51) is **DENIED AS MOOT**.

**IT IS FURTHER ORDERED** the Clerk of Court shall enter a judgment of dismissal without prejudice and close this case.

Dated this 18th day of March, 2025.

Honorable Krissa M. Lanham
United States District Judge